

FILED

APR 14 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
APRIL 14, 2026 SESSION

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. 2:26-cr-00045

                             21 U.S.C. § 841(a)(1)

ALPHONZO KEITH BAKER
     Also known as "KD"

I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about October 6, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ALPHONZO KEITH BAKER, also known as "KD", knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about November 4, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ALPHONZO KEITH BAKER, also known as "KD", knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about December 2, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ALPHONZO KEITH BAKER, also known as "KD", knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about December 4, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant ALPHONZO KEITH BAKER, also known as "KD", knowingly and intentionally possessed with intent to distribute a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," and a quantity of cocaine, both Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: _____
JEREMY B. WOLFE
Assistant United States Attorney